IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF            )
                            )    NO. 09 B 13327
VAN DER BOSCH, INC.         )
                            )    JUDGE WEDOFF
              Debtor.       )

## ORDER COMBINED WITH NOTICE OF CONFIRMATION

*Counsel for the proponent of the Plan is directed to serve this Order Combined with Notice of Confirmation as provided in Fed. R. Bankr. Pro 3020(c), and on the United States Trustee, and to file proof of service with the Clerk:*

An order confirming the Van Der Bosch, Inc. Plan of Reorganization was entered on April 26, 2010, in the above-captioned Chapter 11 bankruptcy case.

The proponent of the Plan is directed to file by May 25, 2010 a written report of the status of initial payments required and made, separately stated for each class treated under the Plan.

A hearing to consider the status report and possible entry of final decree or order closing the case is set on May 26, 2010, at 10:00 a.m., in Courtroom 744.

A party-in-interest who wishes to receive a copy of the status report shall notify the Plan proponent, who shall provide a copy if requested.

ENTER:

_____
[signature: Eugene R. Wedoff]

Dated: 4/26/10

BARRY E. MORGEN
Attorneys for Debtor in Possession
7101 North Cicero Avenue, Suite 101
Lincolnwood, Illinois 60712
(847) 933-9392 FAX (847) 933-9634