**FILED**

**JUN 3 0 2010**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                        )
                                              )
                                              )    Case No. 09 B 13327
VAN DER BOSCH, INC.                           )
                                              )
                                              )
                                              )    Chapter 11
          Debtor.                             )
_____)

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO BARRY E. MORGEN ATTORNEYS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $10,050.00 | TOTAL COSTS REQUESTED: | $0.00 |
| TOTAL FEES REDUCED:   | $3,705.00  | TOTAL COSTS REDUCED:   | $0.00 |
| TOTAL FEES ALLOWED:   | $6,345.00  | TOTAL COSTS ALLOWED:   | $0.00 |

**TOTAL FEES AND COSTS ALLOWED: $ 6,345.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appears on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Improper Time Increments for Billing**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

**(2)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

Dated: June 30, 2010

_____
Eugene R. Wedoff
United States Bankruptcy Judge

| DATE | DESCRIPTION OF SERVICE PROVIDED | TIME |
|---|---|---|
| 4/21/09 | Meeting with Hodur | 1.00 |
| 5/4/09 | Attendance at creditors meeting | 1.00 |
| 5/18/09 | Attendance at creditors meeting | 1.00 |
| 6/3/09 | Attendance at creditors meeting | 2.00 |
| 8/19/09 | Court appearance | 1.00 |
| 9/24/09 | Court appearance | 1.00 |
| 10/5/09 | Meeting with Hodur re disclosure statement and plan | 1.00 |
| 10/14/09 | Court appearance | 1.00 |
| 2/10/09 | Court appearance | 1.00 |
| 2/24/09 | Court appearance | 1.00 |
| 4/6/10 | Court appearance | 1.00 |
| 4/20/10 | Court appearance | 1.00 |
| 10/10/09 | Prepared disclosure statement and plan | 5.00 |
| 11/9/09 | Reviewed e-mail correspondence from Gretchen Silver - US Trustee re disclosure and plan | .50 |
| 10/14/09 | Revised disclosure and plan | 1.00 |
| 10/8/09 | Reviewed e-mail correspondence from Hodur | .25 |
| 8/12/09 | Correspondence to Hodur re court hearing on 8/19/09 | .50 |
| 4/18/09 | Reviewed correspondence of 4/16/09 from U.S. Trustee | .50 |
| 4/27/09 | Reviewed correspondence of 4/27/09 from Gretchen Silver | .25 |
| 4/15/09 | Filed petition | .50 |
| 5/15/09 | Prepared petition to be retained as attorney and order | 1.00 |
| 7/15/09 | Letter to Hodur with copies of official forms of plan of reorganization and disclosure statement | .25 |
| 6/4/09 | Filed Schedules A, B, D, E, F & L | .50 |
| 2/24/10 | Reviewed e-mail of 2/24/10 from Gretchen Silver | .25 |
| 2/25/10 | Revised disclosure and plan | .50 |
| 2/25/10 | Prepared order and notice of hearing, ballot for accepting or rejecting plan | 1.00 |
| 4/17/10 | Prepared Certificate of Service, Ballot Report and Response to Creditor's Objection to Plan | 1.00 |
| 10/23/09 | Reviewed e-mail correspondence from Gretchen Silver | .25 |
| 4/20/10 | Prepared order confirming plan and order combined with notice of confirmation | .50 |
| 3/24/10 | Reviewed objection to confirmation of plan | .50 |
| 4/20/10 | E-mailed letter to Hodur re requirements to close case | .50 |
| 5/26/10 | Court appearance | 1.00 |
| 3/20/09 | Initial meeting to obtain information to file Petition and requirements | 1.00 |
| 5/22/09 | Reviewed and filed monthly report for April, 2009 | .50 |
| 6/22/09 | Reviewed and filed monthly report for May, 2009 | .50 |
| 7/22/09 | Reviewed and filed monthly report for June, 2009 | .50 |
| 8/21/09 | Reviewed and filed monthly report for July, 2009 | .50 |
| 9/22/09 | Reviewed and filed monthly report for August, 2009 | .50 |
| 10/22/09 | Reviewed and filed monthly report for September, 2009 | .50 |
| 11/23/09 | Reviewed and filed monthly report for October, 2009 | .50 |
| 12/22/09 | Reviewed and filed monthly report for November, 2009 | .50 |

Handwritten annotations in left margin: -300, -600, -1,500, -300. Handwritten "(2)" markings to the right grouping various entries.

|        |          |                                                              |      |
|--------|----------|--------------------------------------------------------------|------|
|        | 1/22/10  | Reviewed and filed monthly report for December, 2009         | .50  |
|        | 2/22/10  | Reviewed and filed monthly report for January, 2010          | .50  |
|        | 3/22/10  | Reviewed and filed monthly report for February, 2010         | .50  |
|        | 4/22/10  | Reviewed and filed monthly report for March, 2010            | .50  |
| -300   | 5/26/10  | Court Appearance                                             | 1.00 |
|        | 5/27/10  | Prepared schedule of quarterly dividend payments to be made by Debtor | 1.00 |

(2)

10,050   fees requested
- 3,000   insufficient description
―――――――
  7,050

- 10%   for improper time increments
―――――――
  6,345