## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN THE MATTER OF            )
                            )   NO. 09 B 13327
VAN DER BOSCH, INC.         )
                            )   JUDGE WEDOFF
            Debtor.         )

## NOTICE OF MOTION

TO:   See Attached List

**PLEASE TAKE NOTICE** that on the 20th day of July, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Eugene R. Wedoff in Courtroom 744 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of a final decree.

/s/ Barry E. Morgen

## CERTIFICATE OF SERVICE

I, Barry E. Morgen, an attorney, certify that I personally served the above and foregoing notice and motion on the above parties by Court Electronic Notification and by depositing the same in the U.S. Mail on the 1st day of July, 2010 before the hour of 5:00 p.m. from the U.S. Post Office, Lincolnwood, Illinois 60712.

/s/ Barry E. Morgen

BARRY E. MORGEN
7101 North Cicero Avenue, Suite 101
Lincolnwood, Illinois 60712
(847) 933-9392 FAX (847) 933-9634

## SERVICE LIST

6930 Greenview LLC
James R. Hodur
258 Wagner
Northfield, IL 60093

MJA Realty LLC
5250 N. Broadway, Ste. 123
Chicago, IL 60640

R.H. Donnelley
P.O. Box 10417
Chicago, IL 60610

Yellow Book
175 South 3rd. St., Ste. 900
Columbus, OH 43215

Columbia Pipe & Supply
1120 W. Pershing
Chicago, IL 60609

LeStone Marble & Granite
11 E. Adams, Ste. 800
Chicago, IL 60603

2000 S. 25th LLC
2340 River Road, Ste. 310
Des Plaines, IL 60018

AIG Specialty Workers Comp
P.O. Box 801083
Houston, TX 77280

Pioneer Newspapers
P.O. Box 87410
Carol Stream, IL 60188

Citibank Customer Service
P.O. Box 6000
Sioux Falls, SD 57117

Hispanic Yellow Pages
P.O. Box 403968
Atlanta, GA 30384

Angie's List
1030 E. Washington St.
Indianapolis, IN 46202

ComEd
Customer Care Center
P.O. Box 805379
Chicago, IL 60680-5379

NEC Financial Services, LLC
24189 Network Place
Chicago, IL 60673-1241

Peoples Gas
130 East Randolph Drive
Chicago, IL 60601

Cimco Communications Inc.
1901 S. Myer Road
Oakbrook Terrace, IL 60181

Musak
3318 Lakemont Blvd.
Fort Mill, SC 29708

First Real Estate Services
120 W. Madison, Ste. 120
Chicago, IL 60602

Pesavento & Pesavanto Ltd.
3401 S. Harlem Ave.
Berwyn, IL 60402

Sprint
P.O. Box 7993
Overland Park, KS 66207

## SERVICE LIST (Con't)

Sprint
P.O. Box 7993
Overland Park, KS 66207

Wisco Industrial Supply
2200 N. Western Ave.
Chicago, IL 60647

Van Der Bosch, Inc.
1040 25th Ave.
Bellwood, IL 60104

Gretchen Silver
Office of the U.S. Trustee
219 S. Dearborn St., Room 333
Chicago, IL 60604

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN THE MATTER OF              )
                              )
VAN DER BOSCH, INC.           )   NO. 09 B 13327
                              )
                              )   JUDGE WEDOFF
            Debtor.           )

## MOTION FOR FINAL DECREE

The Debtor, Van Der Bosch, Inc., by its attorney hereby moves this court pursuant to Local Rule 3022-1 for entry of a final decree. In support of said motion, the Debtor states as follows:

1. The plan of reorganization has been approved by this court.

2. The Debtor on or about June 29, 2010 paid the first quarterly dividend to all Class 3 unsecured creditors.

3. The Debtor has paid the first instalment of the sole Class 1 claim, the Internal Revenue Service.

4. The Debtor is current on all Class 2 claims which are the secured creditors of Debtor.

Respectfully submitted
VAN DER BOSCH, INC.

By: _____
    Its Attorney

BARRY E. MORGEN, #36879
Attorneys for Defendant
7101 North Cicero Avenue, Suite 101
Lincolnwood, Illinois 60712
(847) 933-9392 FAX (847) 933-9634

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | NO. 09 B 13327 |
| VAN DER BOSCH, INC. | ) | |
| | ) | JUDGE WEDOFF |
| Debtor. | ) | |

**Employer's Tax Identification (EID) No(s) 36-3882015**

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ the chapter 11 case of the above-named debtor is closed; and

Date: _____

_____
*United States Bankruptcy Judge*

---

*Set forth all names, including trade names, used by the debtor within the last 8 years. For joint debtors set forth both social security numbers.*