## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN THE MATTER OF                               )
                                               )      NO. 09 B 13327
VAN DER BOSCH, INC.                            )
                                               )      JUDGE WEDOFF
                              Debtor.          )

**Employer's Tax Identification (EID) No(s) 36-3882015**

### FINAL DECREE

The estate of the above named debtor has been fully administered.

☐       the chapter 11 case of the above-named debtor is closed; and

Date: _____ 3 AUG 2010 _____          _____
                                           United States Bankruptcy Judge

---

*Set forth all names, including trade names, used by the debtor within the last 8 years. For joint debtors set forth both social security numbers.*